# Court of Appeals
# of the State of Georgia

ATLANTA,   May 02, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0315.  JERALD JEROME DORSEY v. THE STATE.

On August 29, 2012, the trial court denied Jerald Jerome Dorsey's petition for a writ of error coram nobis.  On April 5, 2013, Dorsey filed, in this Court, a package of documents indicating his desire to obtain appellate review of the trial court's order. Dorsey's filing was interpreted as an application for discretionary review and docketed accordingly.[1]  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Dorsey filed his application 219 days after the trial court's order was entered.  Because his application is untimely, we lack jurisdiction to consider it, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/02/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*

---

[1] "A writ of coram nobis is simply an extraordinary motion for new trial based on newly discovered evidence." *Wiley v. State*, 204 Ga. App. 881, 882 (4) (420 SE2d 783) (1992).  Accordingly, Dorsey was required to follow the discretionary appeal procedures to obtain review of the trial court's August 29 order.  See OCGA § 5-6-35 (a) (7).